FCA US LLC  v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 23-cv-15081

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | amazon.com/sp?seller=A3KEO8GOLVUXCH | Ceiling Tower |
| 2 | amazon.com/sp?seller=A3BECLNNIB8H9Z | Consunsine |
| 3 | DISMISSED | DISMISSED |
| 4 | amazon.com/sp?seller=A5KSTORMP0QJ9 | guangzhousongtaishangmaoyouxiangongsi |
| 5 | amazon.com/sp?seller=A292LWELAEHZTH | HANNAshangmao |
| 6 | amazon.com/sp?seller=A5LWTVW6QSRLE | hsgbgaojiaxx |
| 7 | amazon.com/sp?seller=A2QGL2FMSQVBA9 | JinYunfinds |
| 8 | amazon.com/sp?seller=ARAOP79GLOQMT | JLLidcy |
| 9 | amazon.com/sp?seller=A1YGRR1A85TDQB | kaichaojingpin |
| 10 | amazon.com/sp?seller=A3SSZE2E2EAE6E | KALLC |
| 11 | amazon.com/sp?seller=A353SVWEXSLET9 | Kexin Industry |
| 12 | DISMISSED | DISMISSED |
| 13 | DISMISSED | DISMISSED |
| 14 | DISMISSED | DISMISSED |
| 15 | DISMISSED | DISMISSED |
| 16 | amazon.com/sp?seller=A2FJNX96IO51PU | machengchengnannvzhuang |
| 17 | amazon.com/sp?seller=A3IFBZ46BGLS77 | miaomiaocao |
| 18 | amazon.com/sp?seller=A3H12MEAON7CD | putianshiaoshenglushangmaoyouxiangongsi |
| 19 | amazon.com/sp?seller=A1HYJUPV27DQ2D | PuTianShiXiuYuQuDongQiaoTianCiHaiDaiYangZhiChang |
| 20 | amazon.com/sp?seller=A33TTRWZMFSZWY | rich and colorful |
| 21 | amazon.com/sp?seller=A2M4Q9PD8UO3UI | shiliwenshangmaoyou |
| 22 | DISMISSED | DISMISSED |
| 23 | amazon.com/sp?seller=AM3G8R2JKPBV0 | ting mall |
| 24 | DISMISSED | DISMISSED |
| 25 | amazon.com/sp?seller=A2WHS0A3ZYPZC7 | Westeran |
| 26 | amazon.com/sp?seller=A37988DDHS6DHG | wow auto |
| 27 | DISMISSED | DISMISSED |
| 28 | amazon.com/sp?seller=AQOI4TNIZJR6W | xiaixajingpin |
| 29 | amazon.com/sp?seller=AVY419O2YSE8L | XiangLiBingXIAOdian |
| 30 | amazon.com/sp?seller=A3NJ4A9D2FABF9 | XIAOMINGMING STORE |
| 31 | DISMISSED | DISMISSED |
| 32 | amazon.com/sp?seller=A3OAT0F2ZQM7I8 | xuan-autoparts1688 |

| 33 | amazon.com/sp?seller=A1ZNW05U865X98 | XueLiang Zhu |
|---|---|---|
| 34 | amazon.com/sp?seller=A310HSRU5GWLV5 | YAFENJIE |
| 35 | amazon.com/sp?seller=A3P2B5393X0CG0 | yanyuzhendedianpu |
| 36 | DISMISSED | DISMISSED |
| 37 | amazon.com/sp?seller=A2HK54Z2CXC0Z9 | youqii4 |
| 38 | amazon.com/sp?seller=A366YBL13ZO688 | zeyubaodan |
| 39 | amazon.com/sp?seller=A2DDLN6Y9T43B6 | zhangyuhhiou |
| 40 | amazon.com/sp?seller=A2NP19QJV64Q6K | zhongshanxianbushanmaoyi |
| 41 | amazon.com/sp?seller=A2WIS4471S8Q60 | Zuo Neon Signs |
| 42 | ebay.com/usr/aimotive | aimotive |
| 43 | DISMISSED | DISMISSED |
| 44 | DISMISSED | DISMISSED |
| 45 | ebay.com/usr/auto.car-1o6kt | auto.car-1o6kt |
| 46 | DISMISSED | DISMISSED |
| 47 | DISMISSED | DISMISSED |
| 48 | DISMISSED | DISMISSED |
| 49 | DISMISSED | DISMISSED |
| 50 | ebay.com/usr/bgmpartsauto | bgmpartsauto |
| 51 | DISMISSED | DISMISSED |
| 52 | DISMISSED | DISMISSED |
| 53 | DISMISSED | DISMISSED |
| 54 | DISMISSED | DISMISSED |
| 55 | DISMISSED | DISMISSED |
| 56 | DISMISSED | DISMISSED |
| 57 | ebay.com/usr/conavaparts | conavaparts |
| 58 | ebay.com/usr/corettaa | corettaa |
| 59 | DISMISSED | DISMISSED |
| 60 | DISMISSED | DISMISSED |
| 61 | ebay.com/usr/demaparts | demaparts |
| 62 | DISMISSED | DISMISSED |
| 63 | DISMISSED | DISMISSED |
| 64 | DISMISSED | DISMISSED |
| 65 | ebay.com/usr/flashemotor | flashemotor |
| 66 | ebay.com/usr/fubao2023 | fubao2023 |
| 67 | DISMISSED | DISMISSED |
| 68 | DISMISSED | DISMISSED |
| 69 | ebay.com/usr/gandatradin0 | gandatradin0 |
| 70 | DISMISSED | DISMISSED |
| 71 | ebay.com/usr/huangdongjie | huangdongjie |
| 72 | DISMISSED | DISMISSED |
| 73 | ebay.com/usr/huyujie | huyujie |

| | | |
|---|---|---|
| 74 | DISMISSED | DISMISSED |
| 75 | DISMISSED | DISMISSED |
| 76 | DISMISSED | DISMISSED |
| 77 | DISMISSED | DISMISSED |
| 78 | ebay.com/usr/liuqiaoqiao02 | liuqiaoqiao02 |
| 79 | DISMISSED | DISMISSED |
| 80 | DISMISSED | DISMISSED |
| 81 | DISMISSED | DISMISSED |
| 82 | DISMISSED | DISMISSED |
| 83 | ebay.com/usr/orlid-auto | orlid-auto |
| 84 | ebay.com/usr/pacotb | pacotb |
| 85 | DISMISSED | DISMISSED |
| 86 | DISMISSED | DISMISSED |
| 87 | DISMISSED | DISMISSED |
| 88 | DISMISSED | DISMISSED |
| 89 | ebay.com/usr/seemotorautoes | seemotorautoes |
| 90 | ebay.com/usr/shaguoqing81912 | shaguoqing81912 |
| 91 | ebay.com/usr/shengtu1220 | shengtu1220 |
| 92 | ebay.com/usr/shengtu1225 | shengtu1225 |
| 93 | DISMISSED | DISMISSED |
| 94 | ebay.com/usr/shtdlsp | shtdlsp |
| 95 | ebay.com/usr/sky_auto2018 | sky_auto2018 |
| 96 | ebay.com/usr/sxk615964538 | sxk615964538 |
| 97 | ebay.com/usr/tm-spower2 | tm-spower2 |
| 98 | DISMISSED | DISMISSED |
| 99 | DISMISSED | DISMISSED |
| 100 | DISMISSED | DISMISSED |
| 101 | DISMISSED | DISMISSED |
| 102 | DISMISSED | DISMISSED |
| 103 | DISMISSED | DISMISSED |
| 104 | DISMISSED | DISMISSED |
| 105 | ebay.com/usr/xlwa-96 | xlwa-96 |
| 106 | DISMISSED | DISMISSED |
| 107 | DISMISSED | DISMISSED |
| 108 | DISMISSED | DISMISSED |
| 109 | DISMISSED | DISMISSED |
| 110 | wish.com/merchant/5fd21b63e2ffdfc8f3a7c003 | afksdhfkasdf7893fds |
| 111 | wish.com/merchant/611d78231da9a6170350bbda | Batallarey |
| 112 | wish.com/merchant/641e79efe8875a6afb64dcfd | beatgift |

| | | |
|---|---|---|
| 113 | wish.com/merchant/5e8955698782b519153d6f5e | Carlton Riles |
| 114 | wish.com/merchant/5fe03b5d760a6cb5057f4aa0 | Chenhao8487 |
| 115 | wish.com/merchant/5fe83466e94aa40cbfde2bdd | Chenjiang4609 |
| 116 | wish.com/merchant/619cce0be4765597e910db9f | Chien Tachete |
| 117 | wish.com/merchant/5d5bb86d33f0b41edbf1c388 | cnowd788sd |
| 118 | wish.com/merchant/5e882a74eb54542580c090be | Connie Shaffer |
| 119 | wish.com/merchant/5e68cedfa1f2af9b732ebee3 | DANYELL CHILDS |
| 120 | wish.com/merchant/601eb56a4922cd96f030ead1 | diversion |
| 121 | wish.com/merchant/5e6c826357af0948ec60d2c2 | EFSVC |
| 122 | wish.com/merchant/59fdc1b3ef7b892ec5776ff2 | feifeixiang |
| 123 | wish.com/merchant/56d47e6f8ec66643eafc817e | Global online shopping |
| 124 | wish.com/merchant/60d38edb9eb57e50c0c7b519 | haandita |
| 125 | wish.com/merchant/5e3a7961b07b5e5920dd9bee | hfeilsu6g |
| 126 | wish.com/merchant/5aa64fe418435442c90e216f | iaydgw |
| 127 | wish.com/merchant/5fa661a8fb6f5f7e98ded321 | jiashengweioop |
| 128 | wish.com/merchant/600ec68369a49f339a09d594 | joystor |
| 129 | wish.com/merchant/615db30d14c7ce51a5e8c3e3 | Leconiso |
| 130 | wish.com/merchant/6486a2f48323756756a7bf5d | LinkGo Global |
| 131 | wish.com/merchant/60b992a8f8149926003f8e59 | liuhui51621 |
| 132 | wish.com/merchant/61e4bbad62e8334aa5053525 | Liyour |
| 133 | wish.com/merchant/5b73d59cecc45d19d12592eb | MMMBIGSTORE |
| 134 | wish.com/merchant/5e7ef770a901eb2630ee8290 | orytduyertwaer |
| 135 | wish.com/merchant/61e83d8bf431d9ee76d15ae6 | Panda360 |

| | | |
|---|---|---|
| 136 | wish.com/merchant/616e4a9a817fd94f1efed9f0 | pengdengjia22775 |
| 137 | wish.com/merchant/616fe3763477fd39e284b019 | pengwenwen32927 |
| 138 | wish.com/merchant/5e97fb91ea18a531c1cd33ae | Pundjsiaages |
| 139 | wish.com/merchant/615dc98eb61129e4be758600 | Quitazucas |
| 140 | wish.com/merchant/5e6f161257af092ac0630a36 | Robert Daubert |
| 141 | wish.com/merchant/5728a61f1c36f75945f63421 | S Life S |
| 142 | wish.com/merchant/541c61369719cd08f3209ad2 | safdsfgw store |
| 143 | wish.com/merchant/5d4646f176befe4cd21dd0a7 | ShaoBing-Store |
| 144 | wish.com/merchant/5e97c9db7df4df14b39803d7 | Sheyenne Perla |
| 145 | wish.com/merchant/5f7f29295f080e0d3a196ac5 | sko4h89t |
| 146 | wish.com/merchant/5e9bb2bdda2ff20e18431fef | Snow red business |
| 147 | wish.com/merchant/5b4af4d41d3bdc36b66833a4 | sunrihua |
| 148 | wish.com/merchant/6041d852b31c855c63427c92 | syjaskjdhhasn |
| 149 | wish.com/merchant/6041bfaf3eed25024b7d2158 | tmxkausgdab |
| 150 | wish.com/merchant/613128635a165ab18d080fef | Triatlon |
| 151 | wish.com/merchant/6084fbfe933947bb846b56f4 | wangyongxu77384 |
| 152 | wish.com/merchant/59f14569518c1c0f37e1c65e | WEJRM |
| 153 | wish.com/merchant/5d832c702888351b88780b2a | wenhuaren |
| 154 | wish.com/merchant/59cf467ceea5c526ec935943 | wfpSimple |
| 155 | wish.com/merchant/5b35cd471d61a96d4c4d8c8e | wwff2 |
| 156 | wish.com/merchant/599ebd799fbc51668fb4bcc5 | xiaoshiweiweida |
| 157 | wish.com/merchant/5d46aec84c78557baeab8496 | Xiaoyu Fashion Shop |
| 158 | wish.com/merchant/5d5650824a4e22286fdbc59c | Xyjuntops |

| 159 | wish.com/merchant/5f4ccd2774d4bd1eb1f11c1c | zushiriku |
|---|---|---|